# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. SA-25-CV-00528** |
| ) | |
| 625,437.918732 USDT, SEIZED ASSET 1, ) | |
| 1,243,973.322192 USDT, SEIZED ASSET 2, ) | |
| 465,369.060994 USDT, SEIZED ASSET 3, ) | |
| 271,685.466 USDT, SEIZED ASSET 4, ) | |
| 1.41669081 BTC, SEIZED ASSET 5, ) | |
| 1.07420333 BTC, SEIZED ASSET 6, ) | |
| 1.52438131 BTC, SEIZED ASSET 7, ) | |
| 1.52436012 BTC, SEIZED ASSET 8, ) | |
| 1.52436012 BTC, SEIZED ASSET 9, ) | |
| ) | |
| **Respondents.** ) | |

## VERIFIED COMPLAINT FOR FORFEITURE

Comes now Petitioner United States of America, acting by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Federal Rules of Civil Procedure, and respectfully states as follows:

## I.
## NATURE OF THE ACTION

This action is brought by the United States of America seeking forfeiture to the United States of the following property:

1. 625,437.918732 USDT obtained from TGKztzqPuQSJF3o58hPUxiRKkENYSVDCMA ("SEIZED ASSET 1");

2. 1,243,973.322192 USDT obtained from TBQtkT59wQgniJjkQPE6pjTFpijBpx8amY ("SEIZED ASSET 2");

3. 465,369.060994 USDT obtained from TNrQLC7PhUMhPKkWaYnWYCFv2uUUpzDv63 ("SEIZED ASSET 3");

4. 271,685.466 USDT obtained from TFQ6pumpapAF1FZkghKgvEtd4kSvo1Jiuy ("SEIZED ASSET 4");

5. 1.41669081 BTC obtained from bc1qxzzfneq24ltpy5w7nvnwrva9u9624q9kdvx3hz, associated with N.exchange Order ID OZP3OI ("SEIZED ASSET 5");

6. 1.07420333 BTC obtained from bc1qjf90ek4r5p4cd8nmg6l5df7t36u045xdklynje, associated with N.exchange Order ID OBVXB5 ("SEIZED ASSET 6");

7. 1.52438131 BTC obtained from bc1qyqj6eth8qdwa02pjdtats4hn228f7amvak6lhc, associated with N.exchange Order ID O6XAPB ("SEIZED ASSET 7");

8. 1.52436012 BTC obtained from bc1q3y3j3jxfhtm5duy9zkehn079umrchr0qg7yufr, associated with N.exchange Order ID OET9B4 ("SEIZED ASSET 8"); and

9. 1.52436012 BTC obtained from bc1qu8vlgemhzuzfz23k2avvj450w6at80hvn298dk, associated with N.exchange Order ID OYRCSP ("SEIZED ASSET 9"),

hereinafter collectively the "Respondent Property".

The United States has probable cause to believe that the Respondent Property is proceeds and/or is property involved in money laundering from an online cryptocurrency fraud scam and thereby is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) because it represents property, real or personal, which constitutes or is derived from proceeds traceable to a scheme to defraud in violations of 18 U.S.C. §§ 1030 (computer fraud) and 1343 (wire fraud), and because the Respondent Property is being used to launder the proceeds of violations of 18 U.S.C. §§ 1030 and 1343 into various forms of virtual currency to evade detection, in violation of 18 U.S.C. § 1956(a)(1)(A), (B).

## II.
## JURISDICTION AND VENUE

Under Title 28 U.S.C. § 1345, the Court has jurisdiction over an action commenced by the United States, and under Title 28 U.S.C. § 1355(a) the Court has jurisdiction over an action for forfeiture. This Court has *in rem* jurisdiction over the Respondent Property under Title 28 U.S.C. § 1355(b).

Venue is proper in this district pursuant to Title 28 U.S.C. §§ 1355(b)(1) and 1395(a), because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28 U.S.C. § 1355(b)(l)(B) and 1395(b) because some of the acts in obtaining the Respondent Property occurred within the district and the Respondent Property was retained as part of the seizure process. The Respondent Property was seized pursuant to seizure warrants issued in the Western District of Texas on September 24, 2024, and October 24, 2024.

## III.
## STATUTORY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Property for violations of Title 18 U.S.C. §§ 1343 and 1030, (Wire Fraud and Fraud Related Activity in Connection with Computers), and Title 18 U.S.C. §§ 1956(a)(1)(A), (B) (Money Laundering), and subject to forfeiture to the United States pursuant to Title 18 U.S.C. § 981(a)(1)(A) and (C), which state:

> **§ 981. Civil forfeiture**
> **(a)(1)** The following property is subject to forfeiture to the United States:
> **(A)** Any property, real or personal, involved in a transaction or attempted transaction in violation of section 1956, 1957 or 1960 of this title, or any property traceable to such property.
>
> ***
>
> **(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation . . . of this title or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

Pursuant to 18 U.S.C. § 1961(1), as incorporated by 18 U.S.C. § 1956(7)(a), violations of 18 U.S.C. §§ 1343 and 1030, are offenses constituting "specified unlawful activity".

> **§ 1956. Laundering of monetary instruments**
> **(a)(1)** Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of

3

specified unlawful activity . . . (B) knowing that the transaction is designed in whole or in part (i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity, shall be sentenced to a fine of not more than $500,00 or twice the value of the property involved in the transaction, whichever is greater, or imprisonment for not more than twenty years, or both.

### § 1343. Wire Fraud
(a)  (a)(1) Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both.

### § 1030. Computer Fraud
(a) Whoever ---
(2) intentionally accesses a computer without authorization or exceeds authorized access, and thereby obtains (B) information from any protected computer, shall be fined under this title or imprisoned not more than 10 years, or both.

## IV.
## FACTS IN SUPPORT OF FORFEITURE

Pursuant to Supplemental Rule G(2)(f), facts in support of a reasonable belief that the Government will be able to meet its burden of proof at trial are in Appendix "A" attached hereto (facts under seal) and incorporated herein by reference and have been verified by the attached Verification of United States FBI Special Agent Samantha Wendt.

## V.
## PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Property, that due notice pursuant to Rule G(4) be given to all interested parties to appear and show cause why forfeiture should not be decreed,[1] and in

---

[1] Appendix B, Notice of Complaint for Forfeiture, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Property

accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., that the Respondent Property be forfeited to the United States of America, that the Respondent Property be disposed of in accordance with the law, and for any such further relief as this Honorable Court deems just and proper.

        Respectfully submitted,

        MARGARET F. LEACHMAN
        Acting United States Attorney

        By: *Mary Nelda G. Valadez*
        MARY NELDA G. VALADEZ
        Assistant United States Attorney
        Asset Forfeiture Section
        601 N. W. Loop 410, Suite 600
        San Antonio, Texas 78216
        Tel. (210) 384-7040
        Fax (210) 384-7045
        Email mary.nelda.valadez@usdoj.gov
        Texas Bar No. 20421844

        Attorneys for the United States of America

## VERIFICATION

Special Agent Samantha Wendt, declares and says that:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), Securities Fraud Squad at the FBI Field Office in Washington, D.C., and am the investigator responsible for the accuracy of the information provided in this litigation; and

2. I have read the above Verified Complaint for Forfeiture and know the contents thereof; that the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and based on information and belief, the allegations contained in the Verified Complaint for Forfeiture are true.

Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the __8__ day of __May__ 2025.

_____
Samantha Wendt, Special Agent
Federal Bureau of Investigation
Washington, D.C.